IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of<br><br>DELANGHE, JUSTIN LEE<br>DELANGHE, HEATHER NICOLE,<br><br>Debtors. | Case No. 09-32355<br>Chapter 7 |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

    c/o Sallie Mae, Inc.
    220 Lasley Ave.                                  $266.31
    Wilkes Barre, PA 18706

Dated: July 6, 2011                   Respectfully submitted,

                                              /s/Jacqueline Sells Homann
                                              Jacqueline Sells Homann
                                              Jones Obenchain, LLP
                                              600 KeyBank Building
                                              202 South Michigan Street
                                              Post Office Box 4577
                                              South Bend, Indiana 46634
                                              Telephone:  (574) 233-1194
                                              Facsimile:  (574) 233-8957
                                              Email:       jshtrustee@jonesobenchain.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of July 2011, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

| | |
|---|---|
| Gerald L. Shidaker<br>glshidaker@sbcglobal.net | United States Trustee<br>ustpregion10.so.ecf@usdoj.gov |

    /s/ Jacqueline Sells Homann
Jacqueline Sells Homann